No. 704. MITCHELL, SECRETARY OF LABOR, *v.* MYRTLE GROVE PACKING Co. C. A. 5th Cir. Certiorari granted. *Solicitor General Sobeloff* and *Stuart Rothman* for petitioner.

No. 715. REX TRAILER Co., INC. *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Gustav H. Dongus* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 736. FEDERAL POWER COMMISSION *v.* SIERRA PACIFIC POWER Co.; and
No. 744. PACIFIC GAS & ELECTRIC Co. *v.* SIERRA PACIFIC POWER Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Sobeloff* and *Willard W. Gatchell* for petitioner in No. 736. *Robert H. Gerdes* and *Robert E. May* for petitioner in No. 744. *William C. Chanler* for respondent. Reported below: 95 U. S. App. D. C. ——, —— F. 2d ——.

No. 416, Misc. GRIFFIN ET AL. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari granted.

No. 319. PICKETT ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Howard D. Cline* and *Francis J. George* for petitioners. *Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.